UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Obed Alvarado Merced

v.                                                      Civil No. 15-cv-00313-PB

Warden Esker L. Tatum, Jr., Federal
Correction Institution, Berlin, New
Hampshire

O R D E R

No objections having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 14, 2016, recommending dismissal of the petition; and the Supplemental Report and Recommendation of Magistrate Judge Andrea K. Johnstone June 14, 2016, recommending that the petition addendum (doc. no. 6) fails to state a cognizable claim, and the claims intended to be asserted in that addendum should be dismissed.  "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-

Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

    SO ORDERED.

                                        /s/ Paul Barbadoro_____
                                        Paul Barbadoro
                                        United States District Judge

Date: July 22, 2016

cc:   Obed Alvarado Merced, pro se